[No. 63813-1-I.  Division One.  November 30, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY RAY KING III, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-03813-8, Thomas Felnagle, J., entered September 7, 2007. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Appelwick, J., concurred in by Cox and Lau, JJ.

[No. 63844-1-I.  Division One.  November 30, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DUWAYNE SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 07-1-01605-6, Sally F. Olsen, J., entered July 11, 2008. *Affirmed* by unpublished opinion per Lau, J., concurred in by Schindler, C.J., and Dwyer, J.

[Nos. 38317-9-II; 34488-2-II.  Division Two.  December 1, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JESSE GONZALES, *Appellant*.

*In the Matter of the Personal Restraint of* MICHAEL JESSE GONZALES, *Petitioner*.

Appeal from a judgment of the Superior Court for Mason County, No. 02-1-00415-6, James B. Sawyer II, J., entered June 13, 2003, together with a petition for relief from personal restraint. Judgment *reversed* and *remanded* and petition *denied* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Armstrong, J.